# HELEN H. VAN KEUREN, APPELLANT, *v.* MARGARET CORKINS AND OTHERS, RESPONDENTS.

*Mortgage — payment of, by mortgagor to mortgagee after assignment, without notice.*

Payments made by a mortgagor to a mortgagee, after the latter has assigned the mortgage and parted with all his interest therein without notice of such assignment, are valid.†

Under some circumstances the omission of a mortgagor, when paying off his bond and mortgage, to require a delivery up of the securities, may raise a presumption that the payment was not made in good faith.‡ But no such presumption can arise where the assignee allows the mortgage to remain in the hands of the mortgagee, and permits him to receive payments of principal and interest thereon.

* Pullman v. Alley, 53 N. Y., 637; Cobb v. Hatfield, 46 id., 533 ; Sinclair v. Neill, 8 Sup. Ct. Rep. (1 Hun), 80.
† Reed v. Marble, 10 Paige, 413.
‡ Brown v. Blydenburgh, 7 N. Y., 140; Doubleday v. Kress, 50 id., 410.

APPEAL from a judgment in favor of the defendant, entered upon the trial of this action by the court without a jury.

*Hulse, Little & Finn*, for the appellant.

*E. A. Brewster*, for the respondents.

Opinion by GILBERT, J.

Present — GILBERT and TAPPEN, JJ.

Judgment affirmed, with costs.